PERKINS *v.* DUNN.

FISH, J. The evidence was sufficient to support the verdict, and there was, therefore, no error in refusing to grant a new trial upon the ground that the verdict was contrary to law and contrary to the evidence.

*Judgment affirmed. All the Justices concurring.*

Argued May 29, — Decided July 20, 1901.

Garnishment, etc. Before Judge Lumpkin. Fulton superior court. October 13, 1900.

*O. E. & M. C. Horton,* for plaintiff.
*Shepard Bryan* and *Arthur Gray Powell,* contra.